1  JESSE S. KAPLAN    CSB#103726
2  5441 Fair Oaks Bl. Ste. C-1
   Carmichael, CA   95608
3  916/488-3030
   916/489-9297 fax
4
5  Attorney for Plaintiff
   MARINA THOMPSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| MARINA THOMPSON, | No.   2:24-CV-00793-DMC |
|---|---|
| Plaintiff, | STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| v. | |
| Michael O'Malley, COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to July 26, 2024.

This is a first extension for anyone. The complaint was filed only exactly three months ago, and this would extend time approximately one month. Aside from routine work, plaintiff's counsel

[Pleading Title] - 1

is working on a Ninth Circuit brief, prehearing briefs, an Appeals Council brief, and another district court brief during this time period.

Dated:   June 14, 2024                               /s/    *Jesse S. Kaplan*
                                                     JESSE S. KAPLAN
                                                     Attorney for Plaintiff

Dated:   June 14, 2024                                */s/ per e-mail authorization*
                                                     JUSTIN MARTIN
                                                     Special Assistant U.S. Attorney
                                                     Attorney for Defendant

## ORDER

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file plaintiff's motion for summary judgment is extended to July 26, 2024.

SO ORDERED.

Dated:  June 25, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE