IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARINA THOMPSON,<br><br>             Plaintiff,<br><br>      v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>             Defendant. | No.  2:24-CV-0793-DMC<br><br><br><u>ORDER</u> |

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g).

Pursuant to the Court's June 26, 2024, order, Plaintiff's dispositive motion was due by July 26, 2024.  <u>See</u> ECF No. 10.  To date, Plaintiff has not filed a dispositive motion.

Plaintiff shall show cause in writing, within 30 days of the date of this order, why this action should not be dismissed for failure to comply with the Court's order.  The filing of either notice that Plaintiff has sought a voluntary remand or the filing of a dispositive motion within the time permitted herein shall constitute a sufficient response.  Plaintiff is again warned

/ / /

/ / /

/ / /

1

that failure to respond to this order may result in dismissal of the action for the reasons outlined above, as well as for failure to prosecute and comply with court rules and orders.  See id.

IT IS SO ORDERED.

Dated:  September 5, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE