PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
LILLIAN J. LEE, NY 5449764
Special Assistant United States Attorney
6401 Security Boulevard
Baltimore, Maryland 21235
Telephone: (206) 615-2733
E-Mail: lillian.j.lee@ssa.gov
Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARINA THOMPSON, | Case No. 2:24-CV-00793-DMC |
| Plaintiff, | STIPULATION AND ORDER FOR AN EXTENSION OF TIME |
| vs. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from October 21, 2024, up to and including November 20, 2024. The parties further stipulate that the Court's Scheduling Order (ECF No. 3) shall be modified accordingly.

This is the Defendant's first request for an extension. Defendant respectfully requests this extension to allow sufficient time to prepare the Commissioner's brief in light of this case's recent reassignment to Defendant's undersigned counsel due to office need. Counsel has been diligent in her work, and in the last four weeks, has completed two responsive briefs and two settlement

1  memoranda. In addition to this case, counsel has seven upcoming responsive briefs in the next four

2  weeks.

3

4                                                    Respectfully submitted,

5  Dated:  October 17, 2024                 By: /s/ *Jesse S. Kaplan\**

6                                                    (*as authorized via e-mail on October 17, 2024)
                                                    JESSE S. KAPLAN

7                                                    Attorney for Plaintiff

8  Dated:  October 17, 2024                 PHILLIP A. TALBERT

9                                                    United States Attorney
                                                    MATHEW W. PILE

10                                                  Associate General Counsel
                                                    Social Security Administration

11

12                              By:      /s/ *Lillian J. Lee*
                                                    LILLIAN J. LEE

13                                                  Special Assistant U.S. Attorney
                                                    Attorneys for Defendant

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stip. for Ext.; 2:24-CV-00793-DMC                    2

1

**ORDER**

2    Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an

3  extension, up to and including November 20, 2024, to respond to Plaintiff's Motion for Summary

4  Judgment.

5

6    Dated:  October 22, 2024

7    _____
     DENNIS M. COTA
8    UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28