PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
LILLIAN J. LEE, NY 5449764
Special Assistant United States Attorney
6401 Security Boulevard
Baltimore, Maryland 21235
Telephone: (206) 615-2733
E-Mail: lillian.j.lee@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARINA THOMPSON,<br><br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 2:24-CV-00793-DMC<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

    Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended seven (7) days from November 20, 2024, up to and including November 27, 2024. The parties further stipulate that the Court's Scheduling Order (ECF No. 3) shall be modified accordingly.

    This is the Defendant's second request for an extension. Defendant respectfully requests this extension to allow sufficient time to complete the Commissioner's brief. Defendant's counsel has been out of the office for the majority of last week and this week due to illness. Counsel has been diligent in her work, and in the last four weeks, has completed five responsive briefs. In

/ / /

1 | addition to this case, counsel has six upcoming responsive briefs in the next four weeks.

                                                                        Respectfully submitted,

Dated: November 20, 2024                 By: /s/ *Jesse S. Kaplan*\*
                                                          (\*as authorized via e-mail on November 20, 2024)
                                                          JESSE S. KAPLAN
                                                          Attorney for Plaintiff

Dated: November 20, 2024                 PHILLIP A. TALBERT
                                                          United States Attorney
                                                          MATHEW W. PILE
                                                          Associate General Counsel
                                                          Social Security Administration

                                          By:     /s/ *Lillian J. Lee*
                                                          LILLIAN J. LEE
                                                          Special Assistant U.S. Attorney
                                                          Attorneys for Defendant

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including November 27, 2024, to respond to Plaintiff's Motion for Summary Judgment.

Dated:  November 25, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE