**JESSE S. KAPLAN    CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**MARINA THOMPSON**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| **MARINA THOMPSON,** | No.   2:24-cv-00793-DMC |
| Plaintiff, | |
| | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S REPLY BRIEF** |
| v. | |
| Michael O'Malley, **COMMISSIONER OF SOCIAL SECURITY,** | |
| Defendant. | |
| _____/ | |

　　IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a reply brief is extended to December 20, 2024.

　　This is a first extension regarding this reply brief. Plaintiff's counsel has and had four administrative law judge hearings within the first 10 days of December, prepared prehearing briefs for them, and had other federal court briefing, along with a continuing flow of other work

[Pleading Title] - 1

Dated:   December 9, 2024             /s/    *Jesse S. Kaplan*
                                      JESSE S. KAPLAN
                                      Attorney for Plaintiff


Dated:   December 9, 2024               */s/ per e-mail authorization*

                                      LILLIAN J. LEE
                                      Special Assistant U.S. Attorney
                                      Attorney for Defendant

## **ORDER**

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file plaintiff's reply brief is extended to December 20, 2024.

SO ORDERED.

Dated:  December 11, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE