MICHELE BECKWITH
Acting United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
LILLIAN J. LEE, NY 5449764
Special Assistant United States Attorney
6401 Security Boulevard
Baltimore, Maryland 21235
Telephone: (206) 615-2733
E-Mail: lillian.j.lee@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARINA THOMPSON,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 2:24-CV-00793-DMC<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for an Award of Attorney Fees Pursuant to Equal Access to Justice Act (ECF No. 25) be extended thirty (30) days from July 1, 2025, up to and including July 31, 2025.

This is the Defendant's first request for an extension. Defendant respectfully requests this extension to allow sufficient time to respond to Plaintiff's motion. Defendant is exploring the possibility of settling this matter and need more time to see if the parties can reach an agreement on attorney fees. Plaintiff's counsel, Jesse S. Kaplan, has no objection to this motion.

|   |   |   |   |
|---|---|---|---|
| | | | Respectfully submitted, |
| Dated: June 30, 2025 | | By: | /s *Jesse S. Kaplan*\* |
| | | | (*as authorized via e-mail on June 30, 2025) |
| | | | JESSE S. KAPLAN |
| | | | Attorney for Plaintiff |
| Dated: June 30, 2025 | | | MICHELE BECKWITH |
| | | | Acting United States Attorney |
| | | | MATHEW W. PILE |
| | | | Associate General Counsel |
| | | | Social Security Administration |
| | | By: | /s *Lillian J. Lee* |
| | | | LILLIAN J. LEE |
| | | | Special Assistant U.S. Attorney |
| | | | Attorneys for Defendant |

**<u>ORDER</u>**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including July 31, 2025, to respond to Plaintiff's Motion for Attorney Fees.

Dated: July 2, 2025



_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE